FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTEL FLEMING,<br><br>    Petitioner,<br><br>    v.<br><br>D. ADAMS, Warden,<br><br>    Respondent. | Case No. CV 09-9464-VBF (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 1-20-11

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE